# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RUDOLPH BETANCOURT,

        Plaintiff,

v.                                                                                          Case No:   6:23-cv-469-PGB-LHP

NOBLE PROPERTIES, LTD. and
ASCEND GROCERY, LLC,

        Defendants

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION FOR ENTRY OF CLERK'S DEFAULT AND SUPPORTING MEMORANDUM OF LAW (Doc. No. 25)
>
> **FILED:** May 16, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion fails to comply with Local Rule 3.01(g).  In addition, the motion fails to address, with citation to legal authority, whether service of process on Defendant Ascend Grocery, LLC was proper.  *See generally United States v. Donald*,

No. 3:09-cv-147-J-32HTS, 2009 WL 1810357, at *1 (M.D. Fla. June 24, 2009) (before a Clerk's default can be entered against a defendant, the Court must determine that the defendant was properly served).  It is **ORDERED** that Plaintiff shall file a renewed motion on or before **May 31, 2023**, which must fully comply with all Federal Rules of Civil Procedure and Local Rules, and which must include a memorandum of legal authority establishing that service of process was proper under applicable law.

    **DONE** and **ORDERED** in Orlando, Florida on May 17, 2023.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties