UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RUDOLPH BETANCOURT,

    Plaintiff,

v.      Case No:   6:23-cv-469-PGB-LHP

NOBLE PROPERTIES, LTD. and
ASCEND GROCERY, LLC,

    Defendants

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** PLAINTIFF'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO COMPLETE INSPECTION PURSUANT TO DE#4 AND DE#20 (Doc. No. 26)
>
> **FILED:** May 16, 2023
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Although labeled as "unopposed," the motion fails to comply with Local Rule 3.01(g).   In addition, the motion fails to comply with Local Rule 3.01(a).

- 2 -

This is not the first motion filed by Plaintiff – who is represented by two attorneys of record – that has failed to comply with the Local Rules.  *See* Doc. Nos. 16–17.  Plaintiff is cautioned that future filings that fail to comply with all Federal Rules of Civil Procedure, Local Rules, and Court Orders may be stricken or summarily denied without further notice and without leave to refile.

**DONE** and **ORDERED** in Orlando, Florida on May 17, 2023.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties